643

**No. P68/362.**—Seedman International Corp. v. United States, protests 60/30271, etc. (New York).

Beckworth, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiff was sustained.

**No. P68/363.**—Gross Plumbing & Rubber Co. v. United States, protest 59/19122 (Philadelphia).

Beckworth, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hose nozzles in chief value of brass similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.

**No. P68/364.**—Mitsubishi International Corp. and Carlyle Fabric v. United States, protests 62/15406 and 64/22272 (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of water repellent twill back velveteens similar in all material respects to those the subject *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.